In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00214-CV

_____

IN RE NORMAN CRITTENDEN

Original Proceeding

**MEMORANDUM OPINION**

Relator Norman Crittenden seeks mandamus relief against the judge of the 88th District Court of Tyler County, Texas. Relator contends the trial court violated a ministerial duty to issue arrest warrants in response to an unsworn declaration of an inmate, Rodney Tristan, that certain employees of the Texas Department of Criminal Justice committed a criminal offense on February 13, 2014. *See generally* Tex. Code Crim. Proc. Ann. arts. 6.01, 7.01 (West 2005) (describing magistrate's duty upon hearing threat of injury). Relator has not shown that the trial court has a ministerial duty to issue warrants under the circumstances presented in the petition. *See In re Johnson*, No. 07-04-0568-CV, 2004 WL

1

2937304, at *2 (Tex. App.—Amarillo Dec. 20, 2004, orig. proceeding) (mem. op.).

The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered May 22, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.